# IN THE UNITED STATES DISTRICT COURT
## FOR THE NORTHERN DISTRICT OF ALABAMA
### MIDDLE DIVISION

| | |
|---|---|
| **ANDREA MCKINNEY HALL,** | ) |
| Plaintiff, | ) |
| v. | ) Case No.: 4:14-CV-117-VEH |
| **CAPITAL ONE BANK (USA), N.A.,** | ) |
| Defendant. | ) |

## FINAL DISMISSAL ORDER

Pending before the court is Plaintiff's Motion To Voluntarily Dismiss Capital One Bank (USA), N.A. ("Capital One"), With Prejudice (Doc. 25) (the "Motion") filed on October 7, 2014. The Motion is **GRANTED**, and all of Plaintiff's claims asserted against Defendant Capital One are **HEREBY DISMISSED WITH PREJUDICE**, costs taxed as paid.

Further, with no more pending claims remaining, Plaintiff's complaint is **HEREBY DISMISSED WITH PREJUDICE**. Finally, the court **HEREBY RETAINS** jurisdiction to enforce the separate settlement agreements reached between Plaintiff and each defendant.

**DONE** and **ORDERED** this the 9th day of October, 2014.

_____
**VIRGINIA EMERSON HOPKINS**
United States District Judge